# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>**DEVIN BAILEY**<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>18 U.S.C. § 875(d)<br>18 U.S.C. §§ 2252(a)(2) & (b)(1)<br><br>**FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
(Distribution of Child Pornography)

1. Between on or about May 28, 2022 and on or about June 7, 2022, in the Southern District of Ohio, the defendant, **DEVIN BAILEY**, did knowingly distribute one or more visual depictions using any means and facility of interstate and foreign commerce, including the internet and a cellular telephone, the production of such visual depictions having involved the use of a minor engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: digital image and video files depicting approximately 12-year-old Minor Victim engaged in masturbation and the lascivious exhibition of the genitalia, anus, and pubic region.

**In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).**

## COUNT TWO
(Interstate Communications with Intent to Extort)

2. Between on or about May 28, 2022 and on or about June 7, 2022, in the Southern District of Ohio, the defendant, **DEVIN BAILEY**, with the intent to extort things of value, did knowingly and willfully transmit in interstate and foreign commerce via the internet, communications containing threats to injure the reputation of the addressee (Jane Doe) and the minor child of the addressee (Minor Victim), to wit: the defendant threatened Jane Doe that he would distribute nude images of Jane Doe and images and videos of Minor Victim nude and masturbating to other individuals if Jane Doe refused to send additional images of herself nude and/or masturbating to the defendant.

**In violation of 18 U.S.C. § 875(d).**

## FORFEITURE ALLEGATION

3. The allegations of this Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 2253.

4. Upon conviction of the offense alleged in Count One of this Information in violation of 18 U.S.C § 2252, the defendant, **DEVIN BAILEY**, shall forfeit to the United States:

   a. all matter containing visual depictions or child pornography and child erotica, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252; and

   b. all property used or intended to be used to commit or to promote the commission of this violation, including, but not limited to the following devices and their contents:

      i. One blue Tinno cellular phone, model number U705AA, with a cracked screen;
      ii. One black Verizon cellular phone with a cracked screen;
      iii. On blue AT&T Calypso cellular phone in a black case;

2

    iv.    One black LG cellular phone with associated IMEI number 359963101108211;
    v.    One black Cricket ZTE cellular phone, model number Z832;
    vi.    One gray Verizon Samsung Alias 2 cellular phone with associated SKU number SCHU750HAU;
    vii.    One black T-Mobile Hotspot cellular phone with associated IMEA number 355827100240644;
    viii.    One black AT&T Maestro Max cellular phone with associated IMEI number 351446111177879; and
    ix.    One black Samsung Galaxy A10 cellular phone with associated IMEI number 357855106803444.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a)(1) and (3) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

                        **KENNETH L. PARKER**
                        United States Attorney

                        *[signature: Emily Czerniejewski]*

                        **EMILY CZERNIEJEWSKI** (IL 6308829)
                        Assistant United States Attorney