UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                  Case Number 2:23-cr-198
                                                  Judge Edmund A. Sargus, Jr.

DEVIN BAILEY,
    Defendant.

# Sentencing
# July 16, 2024
# before Judge Edmund A. Sargus, Jr.

For Plaintiff: Emily Czerniejewski
For Defendant: Stacey MacDonald
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner


The defendant is sentenced as follows:

100 months imprisonment on count 1 and 24 months imprisonment on count 2 to run concurrently.
Life supervised release on count 1 and 1 year supervised release on count 2 to run concurrently.
$200 special assessment.
Restitution Ordered.
Forfeiture Ordered.